# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00306-CR

**Luann Meyer Penny, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 44,271, HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In the above cause, appellant's brief was first due on July 25, 2016. Appellant's counsel has now filed her fourth and "final" motion for extension of time to file appellant's brief, seeking an extension until November 23, 2016, for a total extension of 120 days. We grant the motion and ORDER counsel to file appellant's brief no later than the following Monday, November 28, 2016. No further extensions will be granted. If counsel fails to file a brief by the deadline, a hearing before the district court will be ordered.[1]

It is ordered on November 3, 2016.

Before Justices Puryear, Pemberton, and Field

Do Not Publish

---

[1] *See* Tex. R. App. P. 38.8(b).